## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jeferson Jesus Bohorquez Portillo

                              Plaintiff,

v.                                                                Case No.: 1:26–cv–01884

                                                                            Honorable Georgia N. Alexakis

Samuel Olson

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth by petitioner, the Court grants his motion to withdraw the petition for habeas corpus filed in this matter [10]. The petition [1] is denied as moot. All deadlines are vacated. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.